**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOHN DOES                                                                                   PLAINTIFF

v.                                                 No. 3:26-cv-00039-JM

EMMETT A. PRESLEY, *et al.*                                                 DEFENDANTS

**ORDER**

The above styled case was assigned to the docket of United States District Judge James M. Moody Jr. on February 2, 2026.   The parties in this action are also included in a matter before Judge D. P. Marshall Jr., styled *John Does. v. Michael Robinson, et. al.*, No. 3:23-cv-00230-DPM.   After conferring with Judge Marshall's office, it was determined that  the above case should be transferred to Judge Marshall.   Reassignment of this case will result in  significant savings of judicial resources.   The Court directs the Clerk of the Court to reassign this case to Judge Marshall and issue a Notice of Reassignment.

IT IS SO ORDERED this 5th day of February, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE