**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOHN DOES 31-33**                                                                **PLAINTIFFS**

**v.**                                        **No. 3:26-cv-00039-JM**

**EMMETT A. PRESLEY, et al.**                                              **DEFENDANTS**

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs John Does 31-33 hereby dismiss

*without prejudice* their claims against all Defendants.

Dated: February 5, 2026                          Respectfully Submitted,

                                                 **GILLISPIE LAW FIRM**
                                                 Joshua D. Gillispie
                                                 1 Riverfront Place, Suite 605
                                                 North Little Rock, AR 72114
                                                 Phone: (501) 244-0700
                                                 Fax: (501) 244-2020
                                                 josh@gillispielawfirm.com

                                                 By:   /s/ *Josh Gillispie*
                                                       Joshua D. Gillispie

                                                 **ROMANUCCI & BLANDIN, LLC**
                                                 Patrick A. Huber (*pro hac vice*
                                                 forthcoming)
                                                 321 N. Clark Street, Suite 900
                                                 Chicago, IL 60654
                                                 Phone: (312) 458-1000
                                                 Fax: (312) 458-1004
                                                 phuber@rblaw.net
                                                 *Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on the following parties via email:

Jay Bequette, Ark. Bar No. 87012
Phillip M. Brick, Jr., Ark. Bar No.
2009116 BEQUETTE,
BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue,
Suite 3200 Little Rock, AR
72201-3469 Telephone: (501)
374-1107
Fax: (501) 374-5092
Email:
jbequette@bbpalaw.com
Email: pbrick@bbpalaw.com

*Attorneys for Separate Defendants Emmett A. Presley and Alonza Jiles*

Stuart Miller
John Alexander
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive, Suite 200
Rogers, Arkansas 72758
Direct: (479) 464-5670
Facsimile: (479) 464-5680
smiller@mwlaw.com
jalexander@mwlaw.com

Michael J. Scotti
ROETZEL & ANDRESS, LPA
30 N. LaSalle Street, Suite 2800 Chicago, IL 60602
Phone: 312.580.1200
mscotti@ralaw.com

*Attorneys for Separate Defendants "Suhl Defendants"*

/s/  *Josh  Gillispie*
Attorney for Plaintiffs